FILED

10/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0542

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 24-0542

| | |
|---|---|
| UPPER MISSOURI WATERKEEPER, TANYA & TOBY DUNDAS, SALLY & BRADLEY DUNDAS, CAROLE & CHARLES PLYMALE, and CODY McDANIEL,<br><br>            Plaintiffs/Appellants,<br><br>vx.<br><br>BROADWATER COUNTY and the MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION,<br><br>            Defendant/Appellee<br><br>vs.<br><br>71 RANCH, LP,<br><br>            Intervenor/Appellee | **ORDER GRANTING EXTENSION OF TIME** |

Upon motion of Plaintiffs/Appellants, there being no objection by Defendants and finding good cause therefor,

IT IS HERBY ORDERED that the Plaintiffs/Appellants shall have up to and including November 25th, 2024 to file the opening brief in this matter.

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 21 2024